IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 08-cv-01297-RPM

TROY L. ALDERFER,

    Plaintiff,

v.

BREG, INC.,
ASTRAZENECA PLC,
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP,
ZENECA HOLDINGS, INC,
AP PHARMACEUTICALS, INC.,
APP PHARMACEUTICALS, LLC,
ABRAXIS BIOSCIENCE, INC,
ABRAXIS BIOSCIENCE, LLC,
HOSPIRA, INC.,
ABBOTT LABORATORIES,
d/b/a AP PHARMACEUTICALS, INC.,
ABBOTT LABORATORIES,
d/b/a ABBOTT SALES, MARKETING & DISTRIBUTION COMPANY,
ALLSCRIPTS, LLC,
ASCENCE, INC.,
CATALENT PHARMA SOLUTIONS, LLC,
CATALENT PHARMA SOLUTIONS, INC.,
PHYSICIANS TOTAL CARE, INC., and
CORPORATION "X" 1-10,

    Defendants.

_____

## ORDER OF RECUSAL
_____

    Because my wife holds stock in Defendants Hospira, Inc., and Abbott Laboratories, there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

    ORDERED that the Clerk of Court shall reassign this civil action.

    DATED: June 20, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Chief Judge