IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01297-WYD-KLM

TROY L. ALDERFER,

    Plaintiff,

v.

BREG, INC.,
ASTRAZENECA PLC,
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP,
ZENECA HOLDINGS, INC,
HOSPIRA, INC.,
ABBOTT LABORATORIES,
d/b/a AP PHARMACEUTICALS, INC.,
ABBOTT LABORATORIES,
d/b/a ABBOTT SALES, MARKETING & DISTRIBUTION COMPANY,
ASCENCE, INC.,
CATALENT PHARMA SOLUTIONS, LLC,
CATALENT PHARMA SOLUTIONS, INC., and
CORPORATION "X" 1-10,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson LLP, counsel for Defendants AstraZeneca PLC, AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca Holdings, Inc. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be

reassigned by random draw.

Dated: August 8, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge