IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01297-EWN-KLM

TROY L. ALDERFER,

    Plaintiff,

v.

BREG, INC.,
ASTRAZENECA PLC,
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP,
ZENECA HOLDINGS, INC.,
AP PHARMACEUTICALS, INC.,
APP PHARMACEUTICALS, LLC,
APRAXIS BIOSCIENCE, INC.,
APRAXIS BIOSCIENCE, LLC,
HOSPIRA, INC.,
ABBOTT LABORATORIES,
d/b/a AP PHARMACEUTICALS, INC.,
ABBOTT LABORATORIES,
d/b/a ABBOTT SALES, MARKETING & DISTRIBUTION COMPANY,
ASCENCE, INC.,
CATALENT PHARMA SOLUTIONS, LLC,
CATALENT PHARMA SOLUTIONS, INC., and
CORPORATION "X" 1-10,

    Defendants.
_____

# ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter was drawn to me and was subsequently referred to me by District Judge Wiley Y. Daniel [Docket No. 4] for pretrial case management. The case has since been reassigned to Chief Judge Edward W. Nottingham [Docket No. 38].

    Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." In view of the fact

that I have a long-term friendship with counsel for Defendant Abbott Laboratories, Marsha M. Piccone, and in order to avoid the appearance of impropriety, I hereby recuse myself from this action.  The Clerk of the Court shall assign another Magistrate Judge to this case.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for September 25, 2008 at 9:30 a.m. is **vacated** and will be reset by the new Magistrate Judge assigned to this case.

Dated:  August 18, 2008

BY THE COURT:

  s/ Kristen L.  Mix  
Kristen L.  Mix  
United States Magistrate Judge