Civil Action No. 08-cv-01297-MSK-MEH

TROY L. ALDERFER,

    Plaintiff,

v.

BREG, INC.;
HOSPIRA, INC.;
ABBOTT LABORATORIES;
ABBOTT LABORATORIES (AP), doing business as AP Pharmaceuticals, Inc.;
ABBOTT LABORATORIES, INC., doing business as Abbott Sales, Market & Distribution Company;
and
CORPORATION "X" 1-10,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion to Dismiss Without Prejudice Astrazeneca PLC, Astrazeneca Pharmaceuticals LP, Astrazeneca LP, and Zeneca Holdings, Inc. **(#95)** filed November 24, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter against Astrazeneca PLC, Astrazeneca Pharmaceuticals LP, Astrazeneca LP and Zeneca Holdings, Inc. are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. All future captions shall so reflect.

DATED this 25th day of November, 2008.

                                                          **BY THE COURT:**

                                                          Marcia S. Krieger
                                                          United States District Judge