IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01297-MSK-MEH

TROY L. ALDERFER,

    Plaintiff,

v.

BREG, INC.; and
CORPORATION "X" 1-10,

    Defendants.

_____

**ORDER OF DISMISSAL OF CLAIMS**
_____

**THIS MATTER** comes before the Court on the Unopposed Motion to Dismiss Without Prejudice Defendants Abbott Laboratories, Abbott Laboratories, doing business as AP Pharmaceuticals, Inc., Abbott Laboratories, Inc., doing business as Abbott Sales, Market & Distribution Company and Hospira, Inc. **(#98)** filed November 26, 2008.  The Court, having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**.  All claims asserted in the above-captioned matter against Abbott Laboratories, Abbott Laboratories, doing business as AP Pharmaceuticals, Inc., Abbott Laboratories, Inc., doing business as Abbott Sales, Market & Distribution Company and Hospira, Inc. are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  All future captions shall so reflect.

DATED this 26th day of November, 2008.

                                                    **BY THE COURT:**

Marcia S. Krieger
United States District Judge