IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01297-MSK-MEH

TROY L. ALDERFER,

    Plaintiff,

v.

BREG, INC., and
CORPORATION "X" 1-10,

    Defendants.

## MINUTE ORDER AND AMENDED SCHEDULING ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 10, 2008.**

For good cause shown, the parties' Joint Motion for the Entry of Amended Scheduling Order [filed December 5, 2008; docket #102] is **granted**. The Court emphasizes to the parties that the Court is not inclined to grant any further extensions after the present amendment of the Scheduling Order absent compelling circumstances consistent with the Federal Rules of Civil Procedure and the United States District Court for the District of Colorado's Local Rules of Practice.

The Settlement Conference set for Tuesday, January 13, 2009, at 10 a.m., is hereby **vacated** and **rescheduled** for **Monday, July 6, 2009 at 10 a.m.**

The Scheduling Order is amended as follows:

### CASE PLAN AND SCHEDULE
\* \* \*

    a.    Fact Discovery Cut-Off: May 15, 2009.

    b.    Dispositive Motion Deadline: September 15, 2009.

    c.    Expert Witness Disclosures:

    (1)    State anticipated fields of expert testimony, if any: The parties anticipate proffering expert testimony in the relevant areas of medicine, surgery, medical devices, anesthesia, pharmacology, toxicology, epidemiology, FDA regulation and compliance and damages.

(2) State any limitations proposed on the use or number of expert witnesses: None.

(3) Plaintiff shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 15, 2009.

(4) Defendants shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 15, 2009.

(5) The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 3, 2009.

(6) All expert discovery shall be completed by September 1, 2009.

(7) Notwithstanding the provisions of Fed. R. Civ. P. 26(a)(2)(B), no exception to the requirements of the rule will be allowed by stipulation of the parties unless the stipulation is approved by the court.

d. Deposition Schedule:

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition |
|---|---|---|---|
| Plaintiff Troy Alderfer | January 7, 2009 | 9:00 a.m. | As provided by Rule 30(d)(1) |
| Troy Alderfer's family and friends | January – March 2009 | To be determined | As provided by Rule 30(d)(1) |
| Dr. Ferrari | Mid-to-Late January 2009 | 5:00 p.m. | As provided by Rule 30(d)(1) |

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition |
|---|---|---|---|
| Other healthcare providers | January – April 2009 | To be determined | As provided by Rule 30(d)(1) |
| Defendants' corporate representatives | February – April 2009 | To be determined | As provided by Rule 30(d)(1) |
| Experts | May – August 2009 | To be determined | As provided by Rule 30(d)(1) |

e. Interrogatory Schedule: All interrogatories shall be served by April 15, 2009.

f. Schedule for Request for Production of Documents: All requests for production of documents shall be served by April 15, 2009.

g. Discovery Limitations:

(1) Any limits which any party wishes to propose on the number of depositions: Ten depositions per party, excluding experts.

(2) Any limits which any party wishes to propose on the length of depositions: None, other than those provided by the Federal Rules of Civil Procedure.

(3) Modifications which any party proposes on the presumptive numbers of depositions or interrogatories contained in the Federal Rules of Civil Procedure: Total number of interrogatories shall not exceed 30.

(4) Limitations which any party proposes on number of requests for production of documents and/or requests for admissions: The total number of requests for production of documents per party shall not exceed 35. The total number of requests for admission per party shall not exceed 35.

(5) Other Planning or Discovery Orders: Designations of non-parties who may be wholly or partially at fault under Colo. Rev. Stat. § 13-21-111.5 must be filed on or before February 2, 2009.

\* \* \*

## 11. DATES FOR FURTHER CONFERENCES

a. A settlement conference will be held on **Monday, July 6, 2009 at 10 a.m.**

It is hereby ordered that all settlement conferences that take place before the magistrate judge shall be confidential.

( ) *Pro se* parties and attorneys only need be present.

(X) *Pro se* parties, attorneys, and client representatives with authority to settle must be present. (NOTE: This requirement is not fulfilled by the presence of counsel. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)

(X) Each party shall submit a Confidential Settlement Statement to the magistrate judge on or before **Monday, June 29, 2009**, outlining the facts and issues, as well as the strengths and weaknesses of their case.