IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01297-MSK-MEH

TROY L. ALDERFER,

      Plaintiff,
v.

BREG, INC., and
CORPORATION "X" 1-10,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2008.**

      The parties' Joint Motion for the Entry of Stipulated Protective Orders [filed December 5, 2008; docket #103] is **granted**. The Stipulated Protective Order Re: Confidential Documents and the Stipulated Protective Order Re: Format of Production by Defendant Breg, Inc. are filed contemporaneously with this order.