IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01297-MSK-MEH

TROY L. ALDERFER,

    Plaintiff,

v.

BREG, INC., and
CORPORATION "X" 1-10,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2008.**

    Plaintiff's Motion for Leave to Amend Complaint [filed December 9, 2008; docket #111] is **granted**. The Court thanks the parties for their diligence and for reminding it of the previous order issued granting an extension of time in which to file the Amended Complaint [docket #96]. The Clerk of the Court is instructed to accept Plaintiff's Amended Complaint [docket #111-2] as filed.