IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01297-MSK-MEH

TROY L. ALDERFER,

    Plaintiff,

v.

BREG, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2009.**

    The Joint Motion for the Entry of Second Amended Scheduling Order [filed April 13, 2009; docket #133] is **granted**. The Amended Scheduling Order at Docket #113 is amended as follows:

    Service of all written discovery completed on or before **April 24, 2009**;
    Completion of fact discovery due on or before **May 29, 2009**;
    Plaintiff's expert disclosures due on or before **June 5, 2009**;
    Defendant's expert disclosures due on or before **August 5, 2009**; and
    Rebuttal expert disclosures due on or before **August 14, 2009**.

All other set dates remain the same.