IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01297-MSK-MEH

TROY L. ALDERFER,

     Plaintiff,

v.

BREG, INC.,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2009.**

     The Stipulation to Withdraw Plaintiff's Motion to Reopen Fact Discovery [filed August 31, 2009; docket #160] is **granted**. Accordingly, Plaintiff's Motion to Reopen Fact Discovery [filed August 10, 2009; docket #153] is hereby **withdrawn**.