IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01297-MSK-MEH[1]

TROY L. ALDERFER,

        Plaintiff,

v.

BREG, INC.; and
CORPORATION "X" 1-10,

        Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **October 28, 2009, at 9:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to set a hearing on the Joint Motion to Exclude Under Fed.R.Evid. 702 (#166) and consider the Motion to Consolidate Cases (#163). **Counsel may not appear at this hearing by telephone.**

**IT IS ORDERED** that Plaintiff shall provide electronic notice of this hearing to the parties in the cases that are the subject of the Motion to Consolidate.

DATED this 6th day of October, 2009.

---

[1] Counsel is reminded that this matter was reassigned to the Honorable Marcia S. Krieger on October 31, 2008, at docket entry #83 and all pleadings should reference her initials in the case number.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge